IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

HUGH ZACHARY WATSON,   *

    Petitioner,   *

v.    Case No. 1:23-CV-172(LAG)

  *

SHERIFF WILEY GRIFFIN,   *

    Respondent.

  *

## J U D G M E N T

Pursuant to this Court's Order dated November 13, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of November, 2025.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk